
**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31198

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-31381-SSC |
| Gary Mark Chase | Chapter 7 |
| Debtors. | O R D E R |
| US Bank National Association, as Trustee for SASCO 2007-WF1 | (Related to Docket #18) |
| Movant, | |
| vs. | |
| Gary Mark Chase, Debtors; Dale D. Ulrich, Trustee. | |
| Respondents. | |

This matter having come before the Court for a Preliminary Hearing on February 16, 2010, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, pro se, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated, **MARCH 17, 2010**, as to Movant with respect to that certain real property which is subject of a Deed of Trust dated November 24, 2006, and recorded in the office of the Maricopa County Recorder wherein US Bank National Association, as

Trustee for SASCO 2007-WF1 is the current beneficiary and Gary Mark Chase have an interest in, further described as:

    Lot 98, of DESERT VALLEY ESTATES SIX, per map recorded in Book 183, Page 37 of Maps, in the office of the County Recorder of said County.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.